No. 70–5236. HOOKS *v.* COLBATH. C. A. 5th Cir. Certiorari denied.

No. 70–5274. MENDEZ *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 70–5296. BURRY *v.* HASKINS, CORRECTIONAL SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 70–5317. JONES *v.* AUSTIN, SECRETARY OF STATE OF MICHIGAN. C. A. 6th Cir. Certiorari denied.

No. 70–5347. CHAPMAN *v.* CARDWELL, WARDEN. Sup. Ct. Ohio. Certiorari denied.

No. 70–5401. NEWLAND *v.* UNITED STATES;
No. 71–5027. HARRISON ET AL. *v.* UNITED STATES; and
No. 71–5161. SCHAEFER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. Reported below: 441 F. 2d 1204.

No. 71–151. WASOFF *v.* AMERICAN AUTOMOBILE INSURANCE Co. C. A. 5th Cir. Certiorari denied.

No. 71–161. KERR *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 71–195. CONSOLIDATION COAL CO. ET AL. *v.* DISABLED MINERS OF SOUTHERN WEST VIRGINIA ET AL. C. A. 4th Cir. Certiorari denied.

No. 71–219. HAWKINS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 71–242. ROGERS ET AL. *v.* LAIRD, SECRETARY OF DEFENSE, ET AL. C. A. 4th Cir. Certiorari denied.